McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M. MURPHY,<br><br>           Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>           Defendant. | CASE NO. 2:04-CV-02389-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO AUGUST 10, 2005 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of July 11, 2005, by thirty days, to the new response date of August 10, 2005.  The extension is needed due to an incident of electronic miscalendaring admidst heavy workload demands at the Office of the General Counsel.  Timely filing of Defendant's responsive brief on or before the extended deadline is anticipated.

   This is the second extension requested re Defendant's response to Plaintiff's motion for summary judgment.

1

1  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
3  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
4  Case Filing password, pursuant to Local Rule 7-131.

5
6  DATED: July 11, 2005             /s/ Thomas N. Petersen
                                    THOMAS N. PETERSEN
                                    Attorney at Law
7
                                    Attorney for Plaintiff
8
9  DATED: July 11, 2005             McGREGOR W. SCOTT
                                    United States Attorney
10
11                             By:  /s/ Bobbie J. Montoya
                                    BOBBIE J. MONTOYA
12                                  Assistant U. S. Attorney

13                                  Attorneys for Defendant

14
15 OF COUNSEL:

16 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
17
   LEO R. MONTENEGRO
18 Assistant Regional Counsel

19 Social Security Administration

20
21
22
23
24
25
26
27
   RE:    ANNE M. MURPHY v. JO ANNE B. BARNHART, Case No. 2:04-CV-02389-CMK, STIPULATION AND ORDER
28 EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
                                    2

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M. MURPHY,<br><br>         Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CASE NO. 2:04-CV-02389-CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   Pursuant to the stipulation of the parties, electronically filed *July 11, 2005*, showing good cause for a requested second extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

   Defendant shall file her response on or before August 10, 2005.

   SO ORDERED.

DATED:  July 13, 2005.

                                                                _____
                                                                **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE